UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Anthony Bernato
Plaintiff,

Case No. 1:15-cv-01544-KBF

-against-

Arthur J. Gallagher & Co.
Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Dale James Morgado
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DM2323 My State Bar Number is 5225834

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Feldman Morgado, P.A
FIRM ADDRESS: 14 Wall Street, Ste. 2040, New York, NY 10005
FIRM TELEPHONE NUMBER: (305) 222-7850
FIRM FAX NUMBER: (305_ 384-4676

NEW FIRM:
FIRM NAME: Morgado, P.A.
FIRM ADDRESS: 228 Park Ave. S. #84164, New York, NY 10003
FIRM TELEPHONE NUMBER: (855) 899-9121
FIRM FAX NUMBER: (855) 499-9191

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge __________________________.

Dated: 03/13/2015

______________________
ATTORNEY'S SIGNATURE