**Affidavit of SPECIAL PROCESS SERVER**

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Case Number **15 CV 01544**

**ANTHONY BERNATO**

v.

**ARTHUR J. GALLAGHER & CO.**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS, COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **ARTHUR J. GALLAGHER & CO.** |
| PERSON SERVED | **DIANE WIEST - PARALEGAL** |

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY **3/9/2015**

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50 |
| **Height** | 5'7" | **Build** | AVERAGE | **Hair** | BROWN |

LOCATION OF SERVICE **2 PIERCE PL**
**ITASCA, ILLINOIS 60143**

| | |
|---|---|
| Service GPS | **-88.01482 41.98739** |
| Date Of Service | **3/9/2015** |
| Time | **11:13 AM** |

JOHN VALLE **3/26/2015**
**SPECIAL PROCESS SERVER** 115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE **3/26/2015**

Total: **$80.00**

*3241A*

Law Firm ID: **MORGADO, P.A.** Firm # Case Return Date: **04/01/2015**