**UNITED STATES DISTRICT COURT**
*for the* **SOUTHERN DISTRICT OF NEW YORK**

Case No: 15-cv-1544

ANTHONY BERNATO,

Plaintiff,

-vs-

ARTHUR J. GALLAGHER & CO.

Defendant.

---

**NOTICE OF SETTLEMENT**

---

Notice is hereby given that the parties have settled the above styled matter in principle. The settlement will resolve all claims and cross claims against all parties, and certain non-parties, *e.g.*, those from Hagedorn, Ken Sciara, and Dan Gabel. The parties are in the process of drafting a written agreement to reflect the same. They expect to seek a dismissal of this action within thirty days (30), once the drafting has been completed, and after all signatures affixed to said agreement. The Parties will advise the Court should they expect any deviation in this plan.

The parties will also make themselves available to the Court if the Court feels ***tomorrow's*** scheduled telephonic conference is needed, but in light of the complete settlement, the parties do not feel a status conference is necessary at this time, and would prefer to save judicial and financial resources by continuing it.

Respectfully submitted this 2nd day of September, 2015

*/s/ Dale James Morgado*
Dale James Morgado
MORGADO, P.A.
228 Park Avenue S. #84164
New York, NY 10003
Phone: 855-899-9121
Fax: 855-899-9191
Email: djm@morgado.us

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, I filed the foregoing with the Court using the Clerk's CM/ECF filing system which will send a notice of this electronic filing to all parties.

*/s/ Dale James Morgado*
Dale James Morgado