Case 1:15-cv-01544-KBF Document 41 Filed 10/07/15 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 08 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ANTHONY BERNATO

Plaintiff,

-against-

ARTHUR J. GALLAGHER & CO.

Defendant.

---------------------------------------------------------X

Civil Action No. 15 CV 01544 (KBF)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties and the parties that the above-captioned action and counterclaims are voluntarily dismissed with prejudice in their entirety as against and between all parties pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: October 2, 2015

MORGADO, PA

By: Dale Morgado

Dale J. Morgado, Esq.
263 Tresser Blvd., Suite 952
Stamford, Connecticut 06901
T: (855) 899-9121
F: (855) 499-9191
Email: djm@morgado.us
*Attorneys for Plaintiff*

MARIN GOODMAN LLP

By: [signature]

Paul Josephs, Esq.
500 Mamaroneck Avenue, Suite 501
Harrison, New York
T: (212) 661-1151
F: (212) 661-1141
Email: pjosephs@maringoodman.com
*Attorneys for Defendant*

0000132417M038

So ordered.
K.B. Forrest
USDJ
10/8/15